UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

JEAN SHEA BUDROW,

    Plaintiff,

vs.                                                    Case No. 1:22-cv-10052-RGS

JP MORGAN CHASE BANK, NATIONAL ASSOCIATION (NA); CHASE HOME FINANCE, LLC; CALIBER HOME LOANS, INC.; U.S. BANK TRUST, N.A. AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST; SHELLPOINT MORTGAGING SERVICING; NEWREZ, LLC DBA SHELLPOINT MORTGAGE SERVICING; AND, MORGAN STANLEY MORTGAGE CAPITAL HOLDINGS, LLC,

    Defendants.
_____/

**CALIBER HOME LOANS, INC.'S**
**CORPORATE DISCLOSURE STATEMENT**

Pursuant to FED. R. CIV. P. 7.1, defendant Caliber Home Loans, Inc. makes the following disclosure:

Caliber Home Loans, Inc. is a Delaware corporation that is a wholly-owned subsidiary of LSF6 Service Operations, LLC, a Delaware limited liability company. LSF6 Service Operations, LLC is a wholly-owned subsidiary of LSF6 Mid-Servicer Holdings, LLC, a Delaware limited liability company. No publicly-held corporation owns 10% or more of its stock.

Date: April 1, 2022                              Respectfully submitted,

                                                 **GUAETTA & BENSON, LLC**

                                                 By:   */s/ Sean B. Cullen*
                                                 Sean B. Cullen, Esq. (BBO #663906)
                                                 P.O. Box 519
                                                 Chelmsford, MA 01824
                                                 Tel: (978) 250-0999
                                                 Fax: (978) 250-0979
                                                 Email: Sean_cullen@guaettalaw.com
                                                 ***Counsel for Defendant Caliber Home Loans, Inc.***

## CERTIFICATE OF SERVICE

     I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those parties which are as non-registered participants.

Date: April 1, 2022                              */s/ Sean B. Cullen*
                                                 Sean B. Cullen, Esq.